**Entered on Docket**
**October 26, 2011**

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
**Attorney for Secured Creditor Wells Fargo Bank, N.A.**
11-74414

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Tina L. Retka<br><br><br><br>Debtor. | Bk Case No.: 11-23576-mkn<br><br>Date:  10/11/11<br>Time: 1:30 PM<br><br>Chapter 07 |

### ORDER VACATING AUTOMATIC STAY

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured

///

///

///

///

1   Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property,

2   generally described as 1761 Spruce Ridge Ln., Las Vegas, NV 89156.

3   Submitted by:

4   TIFFANY & BOSCO, P.A.

5   By:_____

6   Gregory L. Wilde, Esq.
    Attorney for Secured Creditor

7

8   APPROVED / DISAPPROVED

9   By:_See page #3_____
    Monica T. Centeno

10  Attorney for Debtor(s)

11  APPROVED / DISAPPROVED

12  By:_____

13  Dotan Y Melech
    Chapter 07 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2    Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

3    property, generally described as 1761 Spruce Ridge Ln., Las Vegas, NV 89156.

4    Submitted by:

5

6    TIFFANY & BOSCO, P.A.

     By:_____See page # 2_____
7    Gregory L. Wilde, Esq.
     Attorney for Secured Creditor
8

9    APPROVED / DISAPPROVED

10   By:_____
     Monica T. Centeno
11   Attorney for Debtor(s)

12   APPROVED / DISAPPROVED

13
     By:_____
14   Dotan Y Melech
     Chapter 07 Trustee
15

16

17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirements set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
          any trustee appointed in this case any unrepresented parties who appeared at the hearing,
          and each has approved or disapproved the order, or failed to respond, as  indicated below.

Debtor's counsel:

__X__ approved the form of this order              _____ disapproved the form of this order

_____ waived the right to review the order and/or        _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order              _____ disapproved the form of this order

_____ waived the right to review the order and/or        __X__ failed to respond to the document

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
          motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
          order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde. Esq.
Gregory L. Wilde. Esq.
Attorney for Secured Creditor